NAME christopher Hawkins

PRISON NUMBER 209 12 411

CURRENT ADDRESS OR PLACE OF CONFINEMENT 1173 front st

CITY, STATE, ZIP CODE San Diego Ca 92101

FILED

MAR 1 9 2021

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

christophe Hawkins

(FULL NAME OF PETITIONER)

**PETITIONER**

v.

Gore

(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and

Xavier Becerra

The Attorney General of the State of
California, Additional Respondent.

Civil No **'21CV500  BAS JLB**

(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   San Diego Superior Court

2. Date of judgment of conviction: 12/17/20

3. Trial court case number of the judgment of conviction being challenged: _____
   CD283104

4. Length of sentence: Dismissed

CIV 68 (Rev. Oct. 2015)

5.  Sentence start date and projected release date: _Unlawful Detention_

6.  Offense(s) for which you were convicted or pleaded guilty (all counts): _____
    _Case Dismissed_

7.  What was your plea? (CHECK ONE)
    (a)  Not guilty ☒
    (b)  Guilty ☐
    (c)  Nolo contendere ☐

8.  If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
    (a)  Jury ▣
    (b)  Judge only ☐

9.  Did you testify at the trial?
    ☐ Yes  ▣ No

### DIRECT APPEAL

10.  Did you appeal from the judgment of conviction in the **California Court of Appeal**?
     ▣ Yes  ☐ No

11.  If you appealed in the **California Court of Appeal**, answer the following:
     (a)  Result: _Determined Premature_
     (b)  Date of result (if known): _2/5/21  /  1/28/21_
     (c)  Case number and citation (if known): _D078524 / D078987_

     (d)  Grounds raised on direct appeal: _Denile of Due Process at Dismissal Hearing_

12.  If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
     (a)  Result: _Summary Denile_
     (b)  Date of result (if known): _1/28/21_
     (c)  Case number and citation (if known): _S266466_

     (d)  Grounds raised: _Due process_

CIV 68 (Rev. Oct. 2015)

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

   (a)  Result: _____

   (b)  Date of result (if known): _____

   (c)  Case number and citation (if known): _____

       _____

   (d)  Grounds raised: _____

       _____

       _____

       _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
  ☒ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:

   (a)  **California Superior Court** Case Number (if known): _CD 283104_

   (b)  Nature of proceeding: _Motion for Dismissial Brief by prosecutor_

   (c)  Grounds raised: _Objection to Dismissial Denile of Motion and Timely Notice_

   (d)  Did you receive an evidentiary hearing on your petition, application or motion?
      ☐ Yes  ☒ No

   (e)  Result: _____

   (f)  Date of result (if known): _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
  ☒ Yes  ☐ No

CIV 68 (Rev. Oct. 2015)

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number (if known):_____

    (b) Nature of proceeding: _____

    _____

    (c) Grounds raised: _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☒ No

    (e) Result: _____

    (f) Date of result (if known): _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☐ Yes ☒ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number (if known):_____

    (b) Nature of proceeding: _____

    _____

    (c) Grounds raised: _____

    _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?

    ☐ Yes ☒ No

    (e) Result: _____

    (f) Date of result (if known): _____

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____

_____

_____

_____

### COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
     ☒ Yes  ☐ No          (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? _____
     (i) What was the prior case number? _____
     (ii) Was the prior action (CHECK ONE):
          ☐ Denied on the merits?
          ☐ Dismissed for procedural reasons?
     (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
          ☐ Yes ☒ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
          ☐ Yes ☒ No

---

CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies by presenting your claims to the California Supreme Court. Even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you do not present all your grounds for challenging a specific judgment in this Petition, you may not be able to present additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must say what your attorney did wrong or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE:** Due process Appeal right

Supporting FACTS: Petitioner was Denied Record of Argument by prosecutor and Timely notice to Dismiss case Conversation was held outside The presence of pro se Defendant Between Prosecutor and Judge Demonstrating Bias Pro Se Defendant objected and appealed Dismissial Pro Se Defendant is still being Denied The Dismissial Brief in Case CD 283104 and record which is relevant To The refile Case CD 288450 and Motion Pro Se Defendant May wish to file such as effective 995 Defendant is being Denied Due Process and appeal right on a final order a Dismissial is a final order and available as The Denial of a Substantial right PC R37

Did you raise <u>GROUND ONE</u> in the <u>California Supreme Court</u>?

☒ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Habeas/review

(2) Case number or citation: S266466

(3) Result (attach a copy of the court's opinion or order if available): Attached.

**(b) GROUND TWO:** DENIED REQUEST FOR DISMISSAL MOTION FROM/BY OFFICE OF ASSIGNED COUNSEL, JACKIE BRADEN.

**Supporting FACTS:** DEFENDANT HAS MADE MULTIPLE ATTEMPTS ON RECORD IN OPEN COURT TO OBTAIN THE 12-17-20 DISMISSAL MOTION THAT WAS FILED BY THE PROSECUTER RIKOLE SANTIN AT EACH COURT APPEARENCE FROM 12-29-20 THRU 3-1-21 (9 IN total.) ALONG WITH MULTIPLE REQUEST TO OFFICE OF ASSIGNED COUNSEL AND HAVE BEEN DENIED AT EVERY TURN.

**Did you raise GROUND TWO in the California Supreme Court?**

☒ Yes ☐ No.

If yes, answer the following:

(1)   Nature of proceeding (i.e., petition for review, habeas petition): HABEAS

(2)   Case number or citation: S266466.

(3)   Result (attach a copy of the court's opinion or order if available): ATTACHED.

**(c)** **GROUND THREE**: _____

_____

_____

**Supporting FACTS**: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☐ No.

    If yes, answer the following:

    (1)   Nature of proceeding (i.e., petition for review, habeas petition): _____

    (2)   Case number or citation: _____

    (3)   Result (attach a copy of the court's opinion or order if available):

CIV 68 (Rev. Oct. 2015)

**(d)    GROUND FOUR:** _____

_____

_____

**Supporting FACTS:** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

If yes, answer the following:

(1)    Nature of proceeding (i.e., petition for review, habeas petition): _____

(2)    Case number or citation: _____

(3)    Result (attach a copy of the court's opinion or order if available): _____

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
🔲 Yes  ☐ No

24. If your answer to #23 is "Yes," give the following information:
   (a) Name of Court: _____ DU _____
   (b) Case Number: _____
   (c) Date action filed: _____
   (d) Nature of proceeding: _____
   
   _____

   (e) Grounds raised: _____

   _____

   _____

   _____

   _____

   (f) Did you receive an evidentiary hearing on your petition, application or motion?
   ☐ Yes  🔲 No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
   (a) At preliminary hearing: _____ Monique Carter _____

   _____

   (b) At arraignment and plea: _____ Monique Carter _____

   _____

   (c) At trial: _____

   _____

   (d) At sentencing: _____

   _____

   (e) On appeal: _____
   (f) In any post-conviction proceeding: _____ Christopher Hawkins _____

   _____

   (g) On appeal from any adverse ruling in a post-conviction proceeding: _____
   Christopher Hawkins

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:

   _____

   (b) Give date and length of the future sentence: _____

   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes  ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____
_____ 3-17-21, _____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_____3-16-21_____          _____

(DATE)                              SIGNATURE OF PETITIONER

CIV 68 (Rev. Oct. 2015)
                                    -11-

SUPREME COURT
**FILED**

JAN 2 0 2021

Jorge Navarrete Clerk

**S266466**

_____

Deputy

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

---

In re CHRISTOPHER HAWKINS on Habeas Corpus.

---

The petition for writ of habeas corpus is denied.

CANTIL-SAKAUYE
_____
*Chief Justice*

*Kim,*                                                          *1-8-21,*

---

**From:**        Sinthavong, Kim <Kim.Sinthavong@sdcounty.ca.gov>
**Sent:**        Friday, January 8, 2021 9:54 AM
**To:**
**Cc:**          Braden, Jacqueline- SDC
**Subject:**     Hawkins 20912411
**Attachments:** Expense Request-115076 Hawkins.pdf; Expense Request-115077 Hawkins.pdf; Expense
                 Request-115078 Hawkins.pdf; Expense Request-115079 Hawkins.pdf; Expense
                 Request-115080 Hawkins.pdf; Expense Request-115081 Hawkins.pdf; Expense
                 Request-115083 Hawkins.pdf; Expense Request-115084 Hawkins.pdf; Expense
                 Request-115086 Hawkins.pdf

Hello Mr. Hawkins,

REC
1-11-21
@ 8Am

Please see the attached documents:

ASR #115076
ASR #115077
ASR #115078
ASR #115079
ASR #115080
ASR #115081
ASR #115083
ASR #115084
ASR #115086

Thank you,

*Kimberly Sinthavong*

Legal Support Assistant
Office of Assigned Counsel
450 B Street, Suite 1450
San Diego, CA  92101
☎ 619-338-4800
🖷 619-236-1108
Email: OAC@SDCounty.CA.Gov
http://www.sdcounty.ca.gov/oac/

1

**Expense Authorization (Printable Version)**

*~ 12-17-20 Dismissal Motion)*
*~ 1-8-21*

Page 1 of 1
01/08/21

## Case Information

| Client | PD/APD # | Appt Date | Case Status | Court # | DA/CA # | Class | Type | Most Serious Charge | Current Attorney |
|--------|----------|-----------|-------------|---------|---------|-------|------|---------------------|------------------|
| Hawkins, Christopher | O21CAF0649 | 12/29/20 | Open | CD288450 | AES533 | 4 | Felony | PC422 | Proper |

## Request Information (Tracking # 115084)

*~ 2ND REQUEST FOR DISMISSAL MOTION*
*~THIS WAS DENIED ON EXPENCE REPORT # 115076.*   *SAME DAY.*

**Justification Comment :**   ASR DATED 01/06/21 AND RECEIVED 01/07/21

*~* SERVICES REQUESTED:  The 12-17-20 Dismissal motion for the re-filed instant case

JUSTIFICATION:  Necessary information to properly file a 995 motion.

OAC NOTE:
KS
01/07/21

*~ APPROVED*
*~ 1-8-21*

## Authorization Information

| Auth Date | | Auth By |
|-----------|--|---------|
| 01/08/21 | ▮ | Trainor, William - OAC |

**Authorization Comment :**   copy of case dismissal motion by DDA   forward to DDA approval

## Invoice and Payment Information

| Invoice Date | Invoice Amount | Paid Date | Claim Number |
|--------------|----------------|-----------|--------------|

## Current Status

| Status | Status Date |
|--------|-------------|
| Approved | 01/08/21 |

*~E-MAIL Sent By Kim Siuthirong*
*on 1-8-21 @ 9:54 AM.*

*1 of 1*

**Expense Authorization (Printable Version)** ✱ *DENIAL OF DISMISSAL MOTION*
✱ *1-8-21.*



Page 1 of 2
01/08/21

### Case Information

| Client | PD/APD # | Appt Date | Case Status | Court # | DA/CA # | Class | Type | Most Serious Charge | Current Attorney |
|--------|----------|-----------|-------------|---------|---------|-------|------|---------------------|------------------|
| Hawkins, Christopher | O21CAF0649 | 12/29/20 | Open | CD288450 | AES533 | 4 | Felony | PC422 | Proper |

### Request Information (Tracking # 115076)

✱ *REQUEST FOR DISMISSAL MOTION,*          ✱ *DENIED*
*1-8-21.*

**Justification Comment :**      ASR DATED 01/06/21 AND RECEIVED 01/07/21

SERVICES REQUESTED: The district attorneys dismissal motion that was filed 12/17/20

JUSTIFICATION:  This is a valid case # for a case that was appointed to on 09/23/20 that was dismissed on 12/17/20, This is still a valid case until all legal documents are processed accordingly and with the assumption Office of Assigned Counsel is in error in its ability to comprehend that the following request clearly applies to the instant case that is simply a re-file of the previous instant case. OAC is once again acting as a judicial body and impeding my legal access and fair trial right to the instant re-file case thus blocking my ability to properly file motions on the new case because they are impeding my ability to obtain information that is a part of the instant re-file case. Defendants true intention was previously clearly stated.
*Copy of Expense Authorization #114970 attached*
-Rec, 1-6-21 missing email cover page from Jackie Braden and was delivered with discovery for old case CD-283104.

OAC NOTE:  ASR was written by defendant to be filed under case CD283104 which OAC is no longer the legal runner for and is not an open case.

KS
1/7/21

### Authorization Information

✱ *THE DISMISSAL MOTION IS PART OF THIS CASE*

| Auth Date | Auth By |
|-----------|---------|
| 01/08/21 | Trainor, William - OAC |

*# CD-288450.*

**Authorization Comment :**      See OAC note

### Invoice and Payment Information

| Invoice Date | Invoice Amount | Paid Date | Claim Number |
|--------------|----------------|-----------|--------------|

*1 OF 2.*

**Current Status**

| Status | Status Date |
|--------|-------------|
| Denied | 01/08/21 |

*E-MAIL SENT BY RIM SINTHAVONG.
ON 1-8-21 @ 9:54AM.

2 OF 2



#4550
FA

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

